☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 7 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: VPC_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| MELVIN LEWIS DILLON, | ) | 3:16-CV-0294-RCJ-VPC |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | DATED: September 7, 2017 |
| | ) | |
| COUNTY OF WASHOE, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT: __THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE__

Deputy Clerk: ___Lisa Mann___    Court Reporter: ___None Appearing___

Counsel for Plaintiff(s): ___None Appearing___

Counsel for Defendant(s): ___None Appearing___

Before the court is a motion of plaintiff, Melvin Lewis Dillon, for order to produce plaintiff for settlement conference scheduled for September 29, 2017 (ECF No. 48). Plaintiff is currently in the custody of the Nevada Department of Corrections ("NDOC") at the Warms Springs Conversation Camp in Carson City, Nevada. The NDOC is not a party to this action; therefore, plaintiff is unable to present himself for the settlement conference, either in person or by teleconference.

Plaintiff is represented by counsel in this action, and plaintiff inmates typically appear via video-conference from the NDOC facility where they are housed. However, the court finds that good cause exists to order that the NDOC arrange transportation and security for plaintiff's personal appearance in this court for the settlement conference. The settlement conference will be conducted in one day or less, Warm Springs Conservation Camp is in close proximity to Reno, and the plaintiff will suffer no hardship if he is transported to Reno, since he is in a committed bed in the RISE program at the facility.

It is therefore ordered as follows:

1. Plaintiff's motion for order to produce Mr. Dillion for settlement conference (ECF No. 48) is GRANTED;

2. The NDOC shall produce the plaintiff for the September 29, 2017, settlement conference at 10:00 a.m. in Reno Courtroom No. 1 before Magistrate Judge Valerie P. Cooke; and

Melvin Lewis Dillon v. County of Washoe, et al.
3:16-CV-0294-RCJ-VPC
September 7, 2017
Page 2

    3.    Plaintiff's counsel shall transmit this order to the appropriate NDOC official to insure notice of this order is given and that transportation and security will be provided as set forth herein.

IT IS SO ORDERED.

                        DEBRA K. KEMPI, CLERK

                        By:_____/s/_____
                            Lisa Mann, Deputy Clerk